# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY<br><br>PLAINTIFF(S)<br><br>vs<br><br>SAMANTHA CHHUN and MOEUN SOK<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>07 C 7268<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT AND RESCISSION |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 18, 2008**, at **6:45 PM**, I served the above described documents upon **SAMANTHA CHHUN** as shown below:

**SUBSTITUTE SERVICE** was made by leaving a true and correct copy of the documents with **LEXY UNG / DAUGHTER**, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on **1/21/2008**.

Said service was effected at **4634 RAYMOND AVE, BROOKFIELD, IL 60513**.

**DESCRIPTION:** Gender: F   Race: **ASIAN**   Age: **17**   Hgt: **5'3"**   Wgt: **120**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Robert Harenberg_

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Mandell Menkes LLC*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>36024 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **METLIFE INVESTORS USA INSURANCE COMPANY** <br><br> PLAINTIFF(S) <br><br> VS. <br><br> **SAMANTHA CHHUN and MOEUN SOK** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> 07 C 7268 <br><br><br> SERVICE DOCUMENTS: <br> SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT AND RESCISSION |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 18, 2008**, at **6:45 PM**, I served the above described documents upon **MOEUN SOK** as shown below:

**SUBSTITUTE SERVICE** was made by leaving a true and correct copy of the documents with **LEXY UNG / GRANDDAUGHTER**, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on **1/21/2008**.

Said service was effected at **4634 RAYMOND AVE, BROOKFIELD, IL 60513**.

**DESCRIPTION:** Gender: **F**  Race: **ASIAN**  Age: **17**  Hgt: **5'3"**  Wgt: **120**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Robert Harenberg_

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

_/s/ Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: <br> Mandell Menkes LLC* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 36025 |