**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 CV 7268 |
| SAMANTHA CHHUN and MOEUN SOK, | ) ) ) | Judge Moran |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:    Samantha Chhun          Moeun Sok
          4634 Raymond Avenue     4634 Raymond Avenue
          Brookfield, Illinois 60513   Brookfield, Illinois 60513

**PLEASE TAKE NOTICE** that on **Tuesday, April 8, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran in Room 1843 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Plaintiff MetLife Investors USA Insurance Company's Motion for Default and for Entry of Permanent Injunction Against Defendants*, a copy of which is hereby served upon you.

                                                        Respectfully submitted,

                                                        METLIFFE INVESTORS USA
                                                        INSURANCE COMPANY

                                                        /s/ Brendan J. Healey

Steven P. Mandell
Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile:  (312) 251-1010

April 3, 2008

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this date served a true and correct copy of the within and foregoing Plaintiff MetLife Investors USA Insurance Company's Notice of Motion and Motion for Default and for Entry of Permanent Injunction Against Defendants, by Federal Express and by U.S. certified mail, return receipt requested as set forth below:

| | |
|---|---|
| Samantha Chhun | Moeun Sok |
| 4634 Raymond Avenue | 4634 Raymond Avenue |
| Brookfield, Illinois 60513 | Brookfield, Illinois 60513 |

      This 3d day of April, 2008.

                                                                       /s/ Brendan J. Healey