AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

METLIFE INVESTORS USA INSURANCE COMPANY,

CASE NUMBER: 07 cv 7268

V.

ASSIGNED JUDGE:

SAMANTHA CHHUN and MOEUN SOK,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Moeun Sok
4634 Raymond Avenue
Brookfield, Illinois 60513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Steven P. Mandell/Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY<br><br>PLAINTIFF(S)<br><br>vs<br><br>SAMANTHA CHHUN and MOEUN SOK<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>07 C 7268<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT AND RESCISSION |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Jan 18, 2008, at 6:45 PM, I served the above described documents upon MOEUN SOK as shown below:

SUBSTITUTE SERVICE was made by leaving a true and correct copy of the documents with LEXY UNG / GRANDDAUGHTER, at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards and informing that person of the contents thereof and also by mailing a copy in a sealed envelope with postage fully prepaid and addressed to the defendant on 1/21/2008.

Said service was effected at 4634 RAYMOND AVE, BROOKFIELD, IL 60513.

DESCRIPTION: Gender: F  Race: ASIAN  Age: 17  Hgt: 5'3"  Wgt: 120  Hair: BLACK  Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of January, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Mandell Menkes LLC
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36025