

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7268 | DATE | 4/8/2008 |
| CASE TITLE | METLIFE INVESTORS USA INSURANCE CO. Vs. SAMANTHA CHHUN, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff Metlife Investors USA Insurance Company's motion for default and for entry of Permanent Injunction against defendants [9] is granted. Enter Order and Injunction.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05



| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|