

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) SAMANTHA CHHUN and MOEUN SOK, ) ) ) Defendants. | ) ) ) No. 07 CV 7268 ) ) Judge Moran |

## ORDER AND INJUNCTION

This matter coming to be heard on Plaintiff MetLife Investors USA Insurance Company's motion for default and for entry or permanent injunction against defendants Samantha Chhun and Moeun Sok, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion is granted.

2. The Flexible Premium Adjustable Life Insurance Policy with Coverage Continuation bearing policy number 206 020 342 USU (the "Policy") is hereby declared void *ab initio*

3. Samantha Chhun and Moeun Sok are hereby prohibited from filing or prosecuting any action in any court related to the Policy.

James B. Moran
Enter

Dated: 4/8/08

Prepared by:
Steven P. Mandell
Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile:  (312) 251-1010